**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**Central District of California**

Case number *(if known)* _____  Chapter **7**

☐ Check if this an amended filing

Official Form 205
# Involuntary Petition Against a Non-Individual
12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against a non-individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   *Check one:*
   
   ☑ Chapter 7
   ☐ Chapter 11

### Part 2: Identify the Debtor

2. **Debtor's name**  Chantilly Road, LLC

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**

   ☐ Unknown
   **82-4745114**
   EIN

5. **Debtor's address**

   | Principal place of business | Mailing address, if different |
   |---|---|
   | **c/o Penny M. Fox, CPA**<br>Number    Street<br>**15615 Alton Parkway, Suite 450**<br><br>**Irvine CA 92618-0000**<br>City    State    Zip Code<br><br>**Orange**<br>County | **1207 Delaware Ave, Ste. 2992**<br>Number    Street<br><br>P.O. Box<br>**Wilmington DE 19806-0000**<br>City    State    Zip Code<br><br>**Location of principal assets, if different from principal place of business**<br>**1116-1118 Chantilly Road**<br>Number    Street<br><br>**Los Angeles CA 90077-0000**<br>City    State    Zip Code |

6. **Debtor's website** (URL)  _____

7. **Type of debtor**
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other type of debtor. Specify: _____

8. **Type of debtor's business**

   *Check one:*
   
   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

Official Form 205                          Involuntary Petition Against a Non-Individual                          page 1

Debtor **Chantilly Road, LLC** _____ Case number *(if known)* _____

- ☐ Railroad (as defined in 11 U.S.C. § 101(44)
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)
- ☐ None of the types of business listed.
- ☐ Unknown type of business.

**9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

☒ No
☐ Yes.   Debtor _____   Relationship _____
District _____   Date filed ___/___/_____   Case number, if known _____

Debtor _____   Relationship _____
District _____   Date filed ___/___/_____   Case number, if known _____

## Part 3: Report About the Case

**10. Venue**   *Check one:*

☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).
The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

☒ The debtor is generally not paying its debts as they become due, unless they are in the subject of a bona fide dispute as to liability or amount.
☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

☒ No
☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Creative Art Partners, LLC | Breach of artwork rental agreement | $130630 |
| Martin Simone | Money Loaned | $125000 |
| Simone & Roos LLP | Services performed | $136498.5 |
| Macoy Capital Mortgage, LLC | Money loaned | $510000 |
| Allstate Lending Group, Inc. | 3rd DOT/Agreement | $2500000 |
| | Total of petitioners' claims | $3402128.5 |

**If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at top of each sheet. Following the format of this form,**

Official Form 205    Involuntary Petition Against a Non-Individual    page 2

Debtor   **Chantilly Road, LLC**                                Case number *(if known)*

set out the information required in Parts 3 and 4 of the form for each statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

### Petitioners or Petitioners' Representative | Attorneys

**Name and mailing address of petitioner**
**Creative Art Partners, LLC**
Name

**6542 Hayes Drive**
Number    Street
**Los Angeles CA 90048-0000**
City                State         Zip Code

**Name and mailing address of petitioner's representative, if any**
**Rosmarie Riedl, Partner**
Name

**6542 Hayes Drive**
Number    Street
**Los Angeles CA 90048-0000**
City                State         Zip Code

I declare under penalty of perjury that the foregoing is true and correct.
Executed on   **May 23, 2025**
              MM / DD / YYYY

*Signed by:*
*Rosmarie Riedl*                              Partner
Signature of petitioner or representative, including representative's title

**D. Edward Hays**
Printed name

**Marshack Hays Wood LLp**
Firm name, if any

**870 Roosevelt**
Number    Street
**Irvine CA 92620-3663**
City                State         Zip Code

Contact phone **(949) 333-7777**    Email **ehays@marshackhays.com**

Bar number    **162507**

State    **CA**

*D. Edward Hays* (signature)
Signature of attorney
Date signed    **May 23, 2025**
               MM / DD / YYYY

### Petitioners or Petitioners' Representative | Attorneys

**Name and mailing address of petitioner**
**Martin Simone**
Name

**5627 Sepulveda Blvd., Suite 207**
Number    Street
**Van Nuys CA 91411-0000**
City                State         Zip Code

**Name and mailing address of petitioner's representative, if any**

Name

Number    Street

City                State         Zip Code

**D. Edward Hays**
Printed name

**Marshack Hays Wood LLP**
Firm name, if any

**870 Roosevelt**
Number    Street
**Irvine CA 92602-0000**
City                State         Zip Code

Contact phone **(949) 333-7777**    Email **ehays@marshackhays.com**

Bar number    **162507**

State    **CA**

Official Form 205                Involuntary Petition Against a Non-Individual                page 3

Debtor  **Chantilly Road, LLC**                                     Case number *(if known)*

I declare under penalty of perjury that the foregoing is true and correct.
Executed on  **May 23, 2025**
MM / DD / YYYY

*/s/ Martin Simone*
Signature of petitioner or representative, including representative's title

*/s/ D. Edward Hays*
Signature of attorney
Date signed  **May 23, 2025**
MM / DD / YYYY

### Petitioners or Petitioners' Representative

**Name and mailing address of petitioner**
**Simone & Roos LLP**
Name

**5627 Sepulveda Blvd., Ste. 206**
Number    Street
**Van Nuys CA 91411-0000**
City                          State         Zip Code

**Name and mailing address of petitioner's representative, if any**
**Martin Simone**
Name

**5627 Sepulveda Blvd., Ste. 206**
Number    Street
**Van Nuys CA 91411-0000**
City                          State         Zip Code

I declare under penalty of perjury that the foregoing is true and correct.
Executed on  **May 23, 2025**
MM / DD / YYYY

*/s/ Martin Simone*
Signature of petitioner or representative, including representative's title

### Attorneys

**D. Edward Hays**
Printed name

**Marshack Hays Wood LLP**
Firm name, if any
**870 Roosevelt**
Number    Street
**Irvine CA 92620-0000**
City                      State         Zip Code
Contact phone  **(949) 333-7777**    Email  **ehays@marshackhays.com**

Bar number  **162507**

State  **CA**

*/s/ D. Edward Hays*
Signature of attorney
Date signed  **May 23, 2025**
MM / DD / YYYY

### Petitioners or Petitioners' Representative

**Name and mailing address of petitioner**
**Macoy Capital Mortgage, LLC**
Name

**10880 Wilshire Blvd., Ste. 2230**
Number    Street
**Los Angeles CA 90024-0000**
City                          State         Zip Code

**Name and mailing address of petitioner's representative, if any**
**Mitch Ohlbaum, President**
Name

**10880 Wilshire Blvd., Ste. 2230**
Number    Street
**Los Angeles CA 90024-0000**
City                          State         Zip Code

I declare under penalty of perjury that the foregoing is true and correct.
Executed on  **May 23, 2025**
MM / DD / YYYY

Signature of petitioner or representative, including representative's title

### Attorneys

**D. Edward Hays**
Printed name

**Marshack Hays Wood LLP**
Firm name, if any
**870 Roosevelt**
Number    Street
**Irvine CA 92620-0000**
City                      State         Zip Code
Contact phone  **(949) 333-7777**    Email  **ehays@marshackhays.com**

Bar number  **162507**

State  **CA**

*/s/ D. Edward Hays*
Signature of attorney

| | | |
|---|---|---|
| Debtor **Chantilly Road, LLC** | Case number *(if known)* | |

*[signature]*

Date signed **May 23, 2025**
MM / DD / YYYY

Signature of petitioner or representative, including representative's title

### Petitioners or Petitioners' Representative

Name and mailing address of petitioner
**Allstate Lending Group, Inc.**
Name

**2540 Corporate Place, #B-108**
Number       Street
**Monterey Park          CA     91754-0000**
City                          State     Zip Code

Name and mailing address of petitioner's representative, if any
**Mike Scannell, CEO**
Name

**2540 Corporate Place, #B-108**
Number       Street
**Monterey Park          CA     91754-0000**
City                          State     Zip Code

I declare under penalty of perjury that the foregoing is true and correct.
Executed on  **May 23, 2025**
                    MM / DD / YYYY

Signature of petitioner or representative, including representative's title

### Attorneys

**D. Edward Hays**
Printed name

**Marshack Hays Wood LLP**
Firm name, if any

**870 Roosevelt**
Number       Street
**Irvine          CA     92620-0000**
City                          State     Zip Code

Contact phone  **(949) 333-7777**    Email  **ehays@marshackhays.com**

Bar number  **162507**

State  **CA**

Signature of attorney
Date signed  **May 23, 2025**
                    MM / DD / YYYY

Debtor **Chantilly Road, LLC**

Case number *(if known)* _____

Date signed **May 23, 2025**
MM / DD / YYYY

Signature of petitioner or representative, including representative's title

| Petitioners or Petitioners' Representative | Attorneys |
|---|---|
| **Name and mailing address of petitioner**<br>**Allstate Lending Group, Inc.**<br>Name<br><br>**2540 Corporate Place, #B-108**<br>Number   Street<br>**Monterey Park CA 91754-0000**<br>City            State        Zip Code<br><br>**Name and mailing address of petitioner's representative, if any**<br>**Mike Scannell, CEO**<br>Name<br><br>**2540 Corporate Place, #B-108**<br>Number   Street<br>**Monterey Park CA 91754-0000**<br>City            State        Zip Code<br><br>I declare under penalty of perjury that the foregoing is true and correct.<br>Executed on **May 23, 2025**<br>MM / DD / YYYY<br><br>*/s/ Mike Scannell/*<br>Signature of petitioner or representative, including representative's title | **D. Edward Hays**<br>Printed name<br><br>**Marshack Hays Wood LLP**<br>Firm name, if any<br>**870 Roosevelt**<br>Number   Street<br>**Irvine CA 92620-0000**<br>City            State        Zip Code<br>Contact phone **(949) 333-7777**   Email **ehays@marshackhays.com**<br><br>Bar number **162507**<br><br>State **CA**<br><br>*/s/ D. Edward Hays/*<br>Signature of attorney<br>Date signed **May 23, 2025**<br>MM / DD / YYYY |