Richard Morin (SBN 285275)
Law Office of Rick Morin, PC
21163 Newport Coast Drive #206
Newport Coast, CA 92657
Phone: (949) 996-3094
Email: legal@rickmorin.net

Attorney for Alleged Debtor Chantilly Road, LLC

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>Chantilly Road, LLC,<br><br>    Alleged Debtor. | Case No. 8:25-bk-11409-SC<br>Chapter 7 (Involuntary)<br><br>**ANSWER OF ALLEGED DEBTOR CHANITLLY ROAD, LLC TO INVOLUNTARY CHAPTER 7 PETITION** |

Alleged Debtor Chantilly Road, LLC ("Chantilly Road") answers the Involuntary Petition of creditors Martin Simone, Simone & Roos LLP, Macoy Capital Mortgage, LLC, and Allstate Lending Group, Inc. ("Creditors") as follows:

Chantilly Road generally and specifically denies any allegations of the Involuntary Petition that are not specifically admitted herein. Nothing in this Answer should be construed as a waiver of Chantilly Road's right to judgment pursuant to Bankruptcy Code section 303(i).

1.  With respect to paragraph 1 of that part of the Involuntary Petition labeled "Allegations," Chantilly Road denies the allegation that the Creditors are "eligible" to file the Involuntary Petition.

2.  With respect to paragraph 2 of that part of the Involuntary Petition labeled "Allegations," Chantilly Road admits the allegation that Chantilly Road "may" be the subject of an involuntary case under 11 U.S.C. § 303(a), but denies that it is appropriate to do so in this case or in the manner undertaken by Creditors.

3. With respect to paragraph 3 of that part of the Involuntary Petition labeled "Allegations," Chantilly Road denies that it is generally not paying its debts as they become due.

### AFFIRMATIVE DEFENSES

Chantilly Road alleges the following affirmative defenses to the petition:

1. Chantilly Road alleges that Creditors lack standing to commence this involuntary case.

2. Chantilly Road alleges that Creditors' claims are contingent or disputed as to liability or amount.

3. Chantilly Road alleges that it is generally paying its debts as they become due.

4. Chantilly Road alleges that the Bankruptcy Court should abstain from this action because, among other reasons, the interests of Creditors and Chantilly Road would be better served by dismissal of this action.

5. Chantilly Road alleges that no custodian, assignee, or general receiver took possession of Chantilly Road's property within 120 days preceding the filing of the involuntary petition.

6. Chantilly Road alleges that the Creditors filed this involuntary petition in bad faith.

### PRAYER

Chantilly Road prays that the Court:

1. Dismiss this entire involuntary bankruptcy proceeding with prejudice, or, in the alternative, suspend the proceeding;

2. Grant judgment in Chantilly Road's favor against all Creditors who filed the involuntary petition for damages, costs, and attorney's fees pursuant to 11 U.S.C. § 303(i); and

3. For other such relief as the Court deems just and proper.

Dated: June 23, 2025                                       Law Office of Rick Morin, PC

_____
By: Richard Morin
Attorney for Alleged Debtor
Chantilly Road, LLC

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
21163 Newport Coast Drive #206, Newport Coast, CA 92657

A true and correct copy of the foregoing document entitled (*specify*): _____
ANSWER OF ALLEGED DEBTOR CHANITLLY ROAD, LLC TO INVOLUNTARY CHAPTER 7 PETITION
_____
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 06/23/2025 _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

  See Attachment 1

☑ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

  N/A

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
  N/A

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 06/23/2025 | Richard Morin | | *[signature]* |
|---|---|---|---|
| *Date* | *Printed Name* | | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

In re Chantilly Road, LLC                                          Case No. 8:25-bk-11409-SC

# ATTACHMENT 1 TO PROOF OF SERVICE

**To be Seved by the Court via Notice of Electronic Filing (NEF):**

| | |
|---|---|
| D Edward Hays<br>MARSHACK HAYS WOOD LLP<br>Email: ehays@marshackhays.com | Attorney for Petitioning Creditors: Creative Art Partners, LLC; Simone & Roos LLP; Macoy Capital Mortgage, LLC; Allstate Lending Group, Inc. |
| United States Trustee (SA)<br>Email: ustpregion16.sa.ecf@usdoj.gov | U.S. Trustee |
| H. Mark Madnick, Esq.<br>KRAMAR MADNICK, LLP<br>Email: hmmadnick@kramarmadnick.com | Courtesy NEF |
| Laila Rais<br>MARSHACK HAYS WOOD LLP<br>Email: lrais@marshackhays.com | Courtesy NEF |