Richard Morin (SBN 285275)
Law Office of Rick Morin, PC
21163 Newport Coast Drive #206
Newport Coast, CA 92657
Phone: (949) 996-3094
Email: legal@rickmorin.net

Attorney for Alleged Debtor Chantilly Road, LLC

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>Chantilly Road, LLC,<br><br>　　　　Alleged Debtor. | Case No. 8:25-bk-11409-SC<br>Chapter 7 (Involuntary)<br><br>**ALLEGED DEBTOR CHANTILLY ROAD, LLC'S STATUS REPORT**<br><br>Date: July 15, 2025<br>Time: 11:00 am<br>Location: Courtroom 5C<br>Judge: Hon. Scott C. Clarkson |

　　　　Alleged Debtor Chantilly Road, LLC ("Chantilly Road") respectfully submits the following status report for the July 15, 2025 status conference.

　　　　The petitioning creditors filed this involuntary Chapter 7 petition on May 25, 2025. ECF 1. Chantilly Road timely answered the involuntary petition, denied the material allegations in the involuntary petition, and alleged several relevant affirmative defenses. ECF 9. In its answer, Chantilly Road specifically reserved its rights to seek a judgment against the petitioning creditors Bankruptcy Code section 303 when Chantilly Road prevails in this matter.

　　　　Creditor CSPRF 2 LLC sought relief from stay on June 20, 2025. ECF 7. CSPRF 2 LLC also sought an order shortening time to allow its motion for relief from stay to be heard on an expedited basis. ECF 8. At the time of this status report, the Court has not yet scheduled a hearing on the stay relief motion. There are no other matters currently pending before the Court.

The petitioning creditors have indicated that they will be seeking the appointment of an interim trustee. ECF 10. Chantilly Road will oppose any such effort, if and when taken by the petitioning creditors, as imprudent and unnecessary.

Chantilly Road anticipates filing a motion seeking an order from the court requiring the petitioning creditors to post a bond pursuant to 11 U.S.C. § 303(e).

Dated: July 7, 2025                                                                 Law Office of Rick Morin, PC

_____
By: Richard Morin
Attorney for Alleged Debtor
Chantilly Road, LLC

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

21163 Newport Coast Drive #206, Newport Coast, CA 92657

A true and correct copy of the foregoing document entitled (*specify*): _____
ALLEGED DEBTOR CHANTILLY ROAD, LLC'S STATUS REPORT
_____
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 07/07/2025_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

  See Attachment 1

☑ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

  N/A

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

  N/A

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

07/07/2025     Richard Morin                                              /s/ Rich M
*Date*           *Printed Name*                                              *Signature*

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

In re Chantilly Road, LLC                                              Case No. 8:25-bk-11409-SC

## ATTACHMENT 1 TO PROOF OF SERVICE

**To be Seved by the Court via Notice of Electronic Filing (NEF):**

| | |
|---|---|
| D Edward Hays<br>MARSHACK HAYS WOOD LLP<br>Email: ehays@marshackhays.com | Attorney for Petitioning Creditors: Creative Art Partners, LLC; Simone & Roos LLP; Macoy Capital Mortgage, LLC; Allstate Lending Group, Inc. |
| United States Trustee (SA)<br>Email: ustpregion16.sa.ecf@usdoj.gov | U.S. Trustee |
| H. Mark Madnick, Esq.<br>KRAMAR MADNICK, LLP<br>Email: hmmadnick@kramarmadnick.com | Courtesy NEF |
| Laila Rais<br>MARSHACK HAYS WOOD LLP<br>Email: lrais@marshackhays.com | Courtesy NEF |