1  D. EDWARD HAYS, #162507
   ehays@marshackhays.com
2  LAILA RAIS, #311731
   lrais@marshackhays.com
3  MARSHACK HAYS WOOD LLP
   870 Roosevelt
4  Irvine, California 92620
   Telephone: (949) 333-7777
5  Facsimile: (949) 333-7778

6  Attorneys for Petitioning Creditors,
   CREATIVE ART PARTNERS, LLC
7  MARTIN SIMONE
   FRANK & SIMONE, LLP
8  MACOY CAPITAL MORTGAGE, LLC
   ALLSTATE LENDING GROUP, INC.
9

10                    UNITED STATES BANKRUPTCY COURT

11                CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| In re | Case No. 8:25-bk-11409-SC |
|---|---|
| CHANTILLY ROAD, LLC, | Chapter 7 |
| Alleged Debtor. | NOTICE OF PETITIONING CREDITORS' MOTION TO APPOINT INTERIM TRUSTEE PURSUANT TO 11 U.S.C. § 303(g) |
| | Hearing:<br>Date:  July 29, 2025<br>Time:  11:00 a.m.<br>Ctrm:  5C<br>Place: 411 W. 4th Street<br>       Santa Ana, California 92701 |

21 TO THE HON. SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY COURT JUDGE,

22 THE OFFICE OF THE UNITED STATES TRUSTEE, AND INTERESTED PARTIES:

23      PLEASE TAKE NOTICE that on July 29, 2025, at 11:00 a.m., in Courtroom 5C, of the

24 above-entitled Court, a hearing will be held on the motion ("Motion") filed by Petitioning Creditors,

25 Creative Art Partners, LLC, Martin Simone, Frank & Simone LLP, Macoy Capital Mortgage, LLC,

26 and Allstate Lending Group, Inc. (collectively, "Petitioning Creditors"), to Appoint Interim Trustee

27 Pursuant to 11 U.S.C. § 303(g).

28

In this case, the Debtor's only asset is a $20+ million mansion located in the exclusive Bel Air community and commonly known as 1116 Chantilly Road, Los Angeles, CA 90077 ("Property"). The Debtor, however, does not seek to prevent the loss of the Property in a foreclosure. Instead, the Debtor's insider or affiliate, CSPRF2, has filed a motion for relief from stay so that it can foreclose on the Property and leave the estate and its creditors with nothing. Appointment of an interim trustee is necessary to preserve the property of the estate and to prevent loss to the estate.

**PLEASE TAKE FURTHER NOTICE:** If you do not oppose the Motion described above, you need take no further action. However, if you object to the Motion, pursuant to local bankruptcy rule 9013-1, any opposition must be filed with the court no later than 14 days prior to the date of the hearing on the Motion. You must file your opposition with the Clerk of the United States Bankruptcy Court. You must also serve a copy of your objection upon D. Edward Hays and Sarah R. Hasselberger no later than 14 days prior to the date of the hearing on the Motion at the mailing address indicated in the upper left corner of the first page of this notice, and upon the Office of the United States Trustee at 411 W. Fourth Street, Suite 7160, Santa Ana, CA 92701. Any failure to timely file and serve an opposition may result in a waiver of any such opposition and the court may enter an order granting the motion without further notice.

Dated: July 8, 2025               MARSHACK HAYS WOOD LLP

                                  By: _/s/ D. Edward Hays_
                                      D. EDWARD HAYS
                                      Attorneys for Petitioning Creditors,
                                      CREATIVE ART PARTNERS, LLC
                                      MARTIN SIMONE
                                      FRANK & SIMONE, LLP
                                      MACOY CAPITAL MORTGAGE, LLC
                                      ALLSTATE LENDING GROUP, INC.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 870 Roosevelt, Irvine, CA 92620.

A true and correct copy of the foregoing document entitled: **NOTICE OF PETITIONING CREDITORS' MOTION TO APPOINT INTERIM TRUSTEE PURSUANT TO 11 U.S.C. § 303(g)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **July 8, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On **July 8, 2025**, I delivered the document(s) described above via email to Omni Agent Solutions, Trustee's claims and noticing agent, for service on the interested persons and/or entities at the last known addresses by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid and addressed per the adversary mail matrix. Upon completion of the mailing by Omni Agent Solutions, Trustee will file a Certificate of Service listing the parties served by Omni Agent Solutions at the address at which they were addressed.

**DEBTOR**
CHANTILLY ROAD, LLC
c/o PENNY M. FOX, CPA
15615 ALTON PARKWAY, SUITE 450
IRVINE, CA 92618

**DEBTOR**
CHANTILLY ROAD, LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
1207 DELAWARE AVE., STE. 2992
WILMINGTON, DE 19806

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **July 8, 2025**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**PRESIDING JUDGE'S COPY - VIA PERSONAL DELIVERY**
UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
RONALD REAGAN FEDERAL BUILDING AND COURTHOUSE
411 WEST FOURTH STREET, SUITE 5130 / COURTROOM 5C
SANTA ANA, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 8, 2025 | Layla Buchanan | /s/ Layla Buchanan |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: CONTINUED:

- **ATTORNEY FOR PETITIONING CREDITORS:** D Edward Hays    ehays@marshackhays.com, ehays@ecf.courtdrive.com; alinares@ecf.courtdrive.com; cmendoza@marshackhays.com; cmendoza@ecf.courtdrive.com
- **ATTORNEY FOR SECURED CREDITOR CSPRF 2 LLC:** Gabriel P Herrera    gherrera@kmtg.com, bxiong@kmtg.com
- **INTERESTED PARTY COURTESY NEF:** Harry D. Hochman    hhochman@pszjlaw.com, hhochman@pszjlaw.com
- **INTERESTED PARTY COURTESY NEF:** Harris M Madnick    hmmadnick@kramarmadnick.com
- **ATTORNEY FOR DEBTOR CHANTILLY ROAD, LLC:** Richard Morin    legal@rickmorin.net
- **ATTORNEY FOR SECURED CREDITOR CIVIC REAL ESTATE HOLDINGS III, LLC:** Richard M Pachulski    rpachulski@pszjlaw.com
- **ATTORNEY FOR PETITIONING CREDITORS:** Laila Rais    lmasud@marshackhays.com, lmasud@ecf.courtdrive.com; lbuchanan@marshackhays.com; alinares@ecf.courtdrive.com
- **U.S. TRUSTEE:** United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

2. **SERVED BY UNITED STATES MAIL**: CONTINUED:

| | | |
|---|---|---|
| **SECURED CREDITOR**<br>CSPRF 2 LLC<br>C/O DAVID BLATT<br>8 THE GREEN, STE. A<br>DOVER, DE 19901 | **SECURED CREDITOR**<br>CIVIC FINANCIAL SERVICES, LLC<br>2015 MANHATTAN BEACH BLVD, SUITE 106<br>REDONDO BEACH, CA 90278 | **SECURED CREDITOR**<br>CSPRF 2 LLC<br>C/O KRONICK MOSKOVITZ TIEDEMANN & GIRARD<br>1331 GARDEN HWY FL 2<br>SACRAMENTO CA 95833 |
| **SECURED CREDITOR**<br>CIVIC REAL ESTATE HOLDINGS III, LLC<br>C/O PACHULSKI STANG ZIEHL & JONES LLP<br>10100 SANTA MONICA BOULEVARD, SUITE 1300<br>LOS ANGELES, CA 90067 | **DEBTOR'S COUNSEL**<br>RICHARD MORIN<br>LAW OFFICE OF RICK MORIN, PC<br>21163 NEWPORT COAST DRIVE #206<br>NEWPORT COAST, CA 92657 | **U.S. TRUSTEE**<br>OFFICE OF THE UNITED STATES TRUSTEE<br>411 WEST FOURTH STREET<br>SUITE 7160<br>SANTA ANA, CA 92701 |
| **PETITIONING CREDITOR**<br>CREATIVE ART PARTNERS, LLC<br>ROSMARIE RIEDL, PARTNER<br>6542 HAYES DRIVE<br>LOS ANGELES CA 90048-0000 | **PETITIONING CREDITOR**<br>MARTIN SIMONE<br>5627 SEPULVEDA BLVD., SUITE 207<br>VAN NUYS CA 91411-0000 | **PETITIONING CREDITOR**<br>SIMONE & ROOS LLP<br>MARTIN SIMONE<br>5627 SEPULVEDA BLVD., SUITE 206<br>VAN NUYS CA 91411-0000 |
| **PETITIONING CREDITOR**<br>MACOY CAPITAL MORTGAGE, LLC<br>MITCH OHLBAUM, PRESIDENT<br>10880 WILSHIRE BLVD., STE. 2230<br>LOS ANGELES CA 90024-0000 | **PETITIONING CREDITOR**<br>ALLSTATE LENDING GROUP, INC.<br>MIKE SCANNELL, CEO<br>2540 CORPORATE PLACE, #B-108<br>MONTEREY PARK, CA 91754-0000 | |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**