| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Richard M. Pachulski 62337<br>Pachulski Stang Ziehl & Jones LLP<br>10100 Santa Monica Boulevard, Suite 1300<br>Los Angeles, CA  90067<br>Tei:  (310) 277-6910<br>Fax: (310) 201-0760<br>Email: rpachulski@pszjlaw.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for*: Civic Real Estate Holdings III, LLC | **FILED & ENTERED**<br><br>JUL 09 2025<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** deramus  **DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br><br>CHANTILLY ROAD, LLC<br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 8:25-BK-11409-sc<br>CHAPTER: 7<br><br>**ORDER:**<br><br>☐ **GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE**<br><br>☒ **DENYING APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br><br>   **[LBR 9075-1(b)]** |

**Movant** (*name*):

1. Movant filed the following motion together with supporting declarations and (if any) supporting documents:

   a. *Title of motion*: Motion for Relief From the Automatic Stay

   b. *Date of filing of motion:* July 8, 2025

2. Pursuant to LBR 9075-1(b), movant also filed an Application for Order Setting Hearing on Shortened Notice (Application) together with supporting declaration(s):

   *Date of filing of Application*: July 8, 2025

3. Based upon the court's review of the Application, it is ordered that:

   a. ☒ The Application is denied. The motion may be brought on regular notice pursuant to LBRs.

   b. ☐ The Application is granted, and it is further ordered:

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 1    **F 9075-1.1.ORDER.SHORT.NOTICE**
4923-3766-9969.3 HDH.001

(1) ☐  A hearing on the motion will take place as follows:

| | |
|---|---|
| **Hearing date:** <br> **Time:** <br> **Courtroom:** | **Place:** <br> ☐ 255 East Temple Street, Los Angeles, CA 90012 <br> ☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367 <br> ☐ 3420 Twelfth Street, Riverside, CA 92501 <br> ☒ 411 West Fourth Street, Santa Ana, CA 92701 <br> ☐ 1415 State Street, Santa Barbara, CA 93101 |

(2) ☐  No later than the deadlines given, **telephonic notice** of the hearing must be provided to all persons/entities listed:

| | |
|---|---|
| (A) _Deadlines:_ <br> Date: <br><br> Time: | (B) _Persons/entities to be provided with telephonic notice:_ <br> The petitioning creditors (through counsel); <br> The debtor; <br> Parties requesting special notice <br><br> ☐ See attached page <br><br> (C) _Telephonic notice is also required upon_ the United States trustee |

(3) ☐  No later than the deadlines given, **written notice of the hearing** and a **copy of this order** must be served upon all persons/entities listed using:   ☐ one of the methods checked   ☐ all of the methods checked

(A)  ☐ Personal Delivery   ☐ Overnight Mail   ☐ First class mail   ☐ Facsimile*   ☐ Email*

| | |
|---|---|
| (B) _Deadlines:_ <br> Date: <br><br> Time: | (C) _Persons/entities to be served with written notice and a copy of this order:_ <br> The petitioning creditors (through counsel); <br> The debtor; <br> Parties requesting special notice <br><br> ☐ See attached page <br><br> (D) _Service is also required upon:_ <br> -- United States trustee _(electronic service is not permitted)_ <br> -- Judge's copy personally delivered to chambers <br> (_see Court Manual for address_) |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

_December 2013_    Page 2    **F 9075-1.1.ORDER.SHORT.NOTICE**
4923-3766-9969.3 HDH.001

(4) ☐ No later than the deadlines given, a copy of the motion, declarations, and supporting documents (if any), must be served on all persons/entities listed using: ☐ one of the methods checked  ☐ all of the methods checked

(A) ☐ Personal Delivery  ☐ Overnight Mail  ☐ First Class Mail  ☐ Facsimile*  ☐ Email*

| (B) *Deadlines:* <br> Date: <br> Time: | (C) *Persons/entities to be served with motion, declarations, supporting documents:* <br> Parties requesting special notice <br><br> ☐ See attached page <br><br> (D) *Service is also required upon*: <br> -- United States trustee *(no electronic service permitted)* <br> -- Judge's copy personally delivered to chambers <br> (*see Court Manual for address*) |
|---|---|

(5) ☐ Regarding **opposition to the motion**

☐ opposition to the motion may be made **orally** at the hearing

☐ no later than the deadlines given, **written opposition to the motion** must be filed with the court and served upon all persons/entities listed using: ☐ one of the methods checked  ☐ all of the methods checked

(A) ☐ Personal Delivery  ☐ Overnight Mail  ☐ First Class Mail  ☐ Facsimile*  ☐ Email*

| (B) *Deadlines:* <br> Date: <br> Time: | (C) *Persons/entities to be served with written opposition to the motion:* <br> -- movant's attorney (or movant, if movant is not represented by an attorney) <br><br> (D) *Service is also required upon*: <br> -- United States trustee *(electronic service is not permitted)* <br> -- Judge's copy personally delivered to chambers <br> (*see Court Manual for address*) |
|---|---|

(6) ☐ Regarding a **reply to an opposition:**

☐ a reply to opposition may be made **orally** at the hearing.

☐ no later than the deadlines given, a **written reply to an opposition** must be filed with the court and served on all persons/entities listed using: ☐ one of the methods checked  ☐ all of the methods checked

(A) ☐ Personal Delivery  ☐ Overnight Mail  ☐ First Class Mail  ☐ Facsimile*  ☐ Email*

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*  Page 3  **F 9075-1.1.ORDER.SHORT.NOTICE**
4923-3766-9969.3 HDH.001

|  |  |
|---|---|
| (B) *Deadlines:*<br><br>  Date:<br><br>  Time: | (C) *Persons/entities to be served with written reply to opposition:*<br>  -- All persons/entities who filed a written opposition<br><br>(D) *Service is also required upon*:<br>  -- United States trustee *(electronic service is not permitted)*<br>  -- Judge's Copy personally delivered to chambers<br>    (*see Court Manual for address*) |

(7) ☐ Other requirements:

(8) ☐ No later than the deadlines given, movant must file a **Declaration of Notice and Service** establishing that telephonic notice, written notice, and service of the motion and this order was completed as set forth above, and a **judge's copy** of the Declaration of Notice and Service must be personally delivered to the judge's chambers:

  ☐ at least 2 days before the hearing.
  ☐ no later than:    Date:    Time:

Date: July 9, 2025

Scott C. Clarkson
United States Bankruptcy Judge

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 4    **F 9075-1.1.ORDER.SHORT.NOTICE**
4923-3766-9969.3 HDH.001