## United States Bankruptcy Court
## Central District of California

411 West Fourth Street, Suite 2030, Santa Ana, CA 92701−4593

# NOTICE OF DISMISSAL

**DEBTOR INFORMATION:**
Chantilly Road, LLC

**BANKRUPTCY NO.** 8:25−bk−11409−SC

**CHAPTER** 7

**Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):** N/A
**Employer Tax−Identification (EIN) No(s).(if any):** 82−4745114
**Debtor Dismissal Date:** 7/17/25

**Address:**
c/o Penny M. Fox
15615 Alton Parkway Suite 450
Irvine, CA 92618

You are notified that an order was entered **DISMISSING** the above−captioned case and vacating the discharge if previously entered.

The Court retains jurisdiction on all issues involving sanctions, any bar against being a debtor in bankruptcy, all issues arising under Bankruptcy Code §§ 105, 109(g), 110, 329, 349, and 362, and to any additional extent provided by law.

Dated: July 17, 2025

For The Court,

**Kathleen J. Campbell**
Clerk of Court

Form ntcdsm−ndms Rev. 06/2017

**28 / NB8**